No. 90–8085.  CHRISPEN *v.* TAUBE ET AL.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 90–8086.  CHRISPEN *v.* ROBINSON, JUDGE, CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 90–8091.  GLENN *v.* OHIO.  Ct. App. Ohio, Portage County. Certiorari denied.

No. 90–8095.  MAYES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–8098.  BROWN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–8100.  MILLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–8101.  MCALLISTER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–8104.  NOLASCO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–8108.  MOORE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–8110.  LOCKHART *v.* ALASKA SALES & SERVICES CO., INC., ET AL.  Sup. Ct. Alaska.  Certiorari denied.

No. 90–8111.  HUSKY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–8114.  TYE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 90–8118.  WEATHERBY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–8121.  AHFEROM *v.* MICHIGAN BUREAU OF WORKERS DISABILITY COMPENSATION, DIRECTOR, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–8123.  ARTHUR *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.